**MILLSTONE PETERSON & WATTS, LLP**
*Attorneys at Law*
GLENN W. PETERSON, ESQ. (SBN 126173)
RICHARD M. WATTS, JR., ESQ. (SBN 221268)
2267 Lava Ridge Court, Suite 210
Roseville, CA 95661
Phone: 916.780.8222

Attorneys for Defendants
La Marzocco USA, LLC and Sproparts, LLC

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROGRESSIVE MARKETING, INC., | Case No. 2:17-cv-02644-JAM-DB |
| Plaintiffs, | **ORDER TO EXTEND DEADLINE TO FILE JOINT STATUS REPORT** |
| v. | |
| SPROPARTS LLC, NUOVA RICAMBI SRL, AND LA MARZOCCO USA, LLC, | |
| Defendants. | |

Pursuant to the parties' joint Stipulation to Extend Deadline to File Joint Status Report in this matter, and good cause appearing, the Court now orders as follows:

1. The Joint Status Report filing deadline is extended for sixty days, to May 11, 2018.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED: 3/13/2018

/s/ John A. Mendez
HON. JOHN A. MENDEZ

**[PROPOSED] ORDER TO EXTEND DEADLINE TO FILE JOINT STATUS REPORT**