Mark A. Campbell (SB# 93595)
Jessica B. Coffield (SB# 274122)
**Murphy, Campbell, Alliston & Quinn**
8801 Folsom Boulevard, Suite 230
Sacramento, CA 95826

Telephone: (916) 400-2300
Fax: (916) 400-2311
Mcampbell@murphycampbell.com
jcoffield@murphycampbell.com

Attorneys for PROGRESSIVE MARKETING, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROGRESSIVE MARKETING, Inc.<br><br>Plaintiff,<br><br>vs.<br><br>SPROPARTS LLC, NUOVA RICAMBI Srl, and LA MARZOCCO USA, LLC<br><br>Defendants. | Case No. 2:17-cv-02644-JAM-DB<br><br>**ORDER TO EXTEND TIME TO FILE JOINT STATUS REPORT**<br><br>**Local Rule 143**<br><br>*Assigned for All Purposes to the Honorable John A. Mendez*<br><br>Complaint Filed: December 18, 2017<br>Trial Date: None Set |

Pursuant to the parties' joint Stipulation to Extend Time to File Joint Status Report in this matter, and good cause appearing, the Court now orders as follows:

The Joint Status Report filing deadline is extended 35 days, up to and including June 15, 2018.

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED: 5/2/2018              /s/ John A. Mendez
                             HON. JOHN A. MENDEZ