John J. Shaeffer (SBN 138331)
JShaeffer@FoxRothschild.com
Fox Rothschild LLP
10250 Constellation Blvd, Suite 900
Los Angeles, CA 90067
Telephone: (310) 598-4150
Facsimile: (310) 556-9828

Attorneys for Counterclaimants
NUOVA RICAMBI S.R.L. and
MARCELLO ZANESI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROGRESSIVE MARKETING, INC., <br><br> Plaintiff, <br><br> v. <br><br> SPROPARTS LLC, NUVOA RICAMBI S.R.L., and LA MARZOCCO USA, LLC, <br><br> Defendants. <br><br> NUOVA RICAMBI S.R.L. and MARCELLO ZANESI <br><br> Counterclaimants, <br><br> v. <br><br> PROGRESSIVE MARKETING, INC. <br><br> Counterclaim-Defendant. | Case No. 2:17-cv-02644-JAM-DB <br><br> COUNTERCLAIMANT MARCELLO ZANESI ANSWER TO COUNTERCLAIM BY PROGRESSIVE MARKETING, INC. |

Counterclaimant Marcello Zanesi ("Zanesi") responds as follows to Plaintiff Progressive Marketing Inc.'s Counterclaim:

1.   Answering Paragraph 1 of the Complaint, Zanesi denies each and every allegation contained therein.

2.   Answering Paragraph 2 of the Complaint, Zanesi denies each and every allegation contained therein.

3.   Answering Paragraph 3 of the Complaint, contained therein admits the allegations contained therein.

4.   Answering Paragraph 4 of the Complaint, Zanesi denies each and every allegation contained therein.

5.   Answering Paragraph 5 of the Complaint, Zanesi admits that the contract discussed in Paragraph 5 enabled Progressive Marketing, Inc. to use the tradename "Nuova Ricambi USA, LLC" during the life of the contract. Except to the extent expressly admitted herein, Zanesi denies each and every allegation contained therein.

6.   Answering Paragraph 6 of the Complaint, Zanesi states that Paragraph 6 does not appear to include any allegations to which a response is required. To the extent Paragraph 6 is construed to contain any allegations requiring a response, Zanesi denies each and every allegation contained therein.

ANSWER TO PRAYER FOR RELIEF

7.   In answer to Plaintiff's prayer for relief, Zanesi denies that Plaintiff is entitled to any relief whatsoever.

AFFIRMATIVE DEFENSES

Zanesi also pleads the following separate and affirmative defenses to the Complaint. Zanesi expressly reserves the right to amend his Affirmative Defenses or allege additional Affirmative

Defenses as he learns more through the course of discovery and any applicable court rulings or proceedings before the U.S. Patent and Trademark Office.

### FIRST DEFENSE

1. The Counterclaim fails to state a claim upon which relief may be granted.

### SECOND DEFENSE

2. The Counterclaim is barred on the ground and to the extent that Plaintiff has suffered no injury in fact with respect to the claims alleged in the Counterclaim.

### THIRD DEFENSE

3. The Counterclaim is barred by the doctrine of unclean hands.

### FOURTH DEFENSE

4. The Counterclaim, and each purported claim for relief alleged in the Counterclaim, fails because Plaintiff is estopped from seeking recovery from Zanesi because, among other things, Plaintiff has acted in a manner inconsistent with having enforceable rights against him.

### FIFTH DEFENSE

5. The Counterclaim, and each purported claim for relief alleged in the Counterclaim, fails because Plaintiff has waived any right to recovery by taking actions that are inconsistent with the ownership and exercise of the rights claimed in the Counterclaim.

### SIXTH DEFENSE

6. Plaintiffs has failed to mitigate its damages.

//

### SEVENTH DEFENSE

7. The Counterclaim fails due to Plaintiff's breach of the agreements.

### EIGHTH DEFENSE

8. The Counterclaim is barred by the Statute of Limitations.

### NINTH DEFENSE

9. The Counterclaim is barred because Plaintiff improperly induced the agreements through misrepresentation, duress, and/or undue influence.

### PRAYER FOR RELIEF

WHEREFORE, Zanesi pray judgment as follows:

1. That Plaintiff take nothing by its complaint;
2. For reasonable attorneys' fees where and as allowed by law;
3. For costs of suit incurred herein; and
4. For such other and further relief as the Court deems just or proper.

FOX ROTHSCHILD LLP

Dated: June 15, 2018          By /s/ John J. Shaeffer
                                 John J. Shaeffer, Esq.

                              Attorneys for Counterclaimants
                              NUOVA RICAMBI S.R.L. and
                              MARCELLO ZANESI