| | |
|---|---|
| 1 | **PETERSON WATTS LAW GROUP, LLP** |
| | GLENN W. PETERSON, ESQ. (SBN 126173) |
| 2 | RICHARD M. WATTS, JR., ESQ. (SBN 221268) |
| | 2267 Lava Ridge Court, Suite 210 |
| 3 | Roseville, CA 95661 |
| | Phone: 916.780.8222 |
| 4 | |
| | Attorneys for Defendants |
| 5 | La Marzocco USA, LLC and Sproparts, LLC |

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROGRESSIVE MARKETING, INC., | Case No. 2:17-cv-02644-JAM-DB |
| Plaintiffs, | **ORDER GRANTING MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| SPROPARTS LLC, NUOVA RICAMBI SRL, AND LA MARZOCCO USA, LLC, | Trial Date: November 18, 2019 |
| Defendants. | |

Defendants, Sproparts LLC and La Marzocco USA, LLC (collectively "Domestic Defendants"), Motion for Summary Judgment (the "Motion") came on for hearing on August 27, 2019. The Court having considered the Motion, the companion Motion for Summary Judgment filed by Nuova Ricambi, s.r.l., the oppositions filed by Progressive Marketing, Inc., oral argument by the parties and the pleadings and documents on file, rules as follows:

 1. The Court grants Domestic Defendants' motion for summary judgment on Progressive's first cause of action for infringement of a federally registered trademark;

 2. The Court grants Domestic Defendants' motion for summary judgment on Progressive's second cause of action for federal trademark infringement, false designation of origin and unfair competition;

3. The Court grants Domestic Defendants' motion for summary judgment on Progressive's third cause of action for common law trademark infringement and unfair competition;

4. The Court grants Domestic Defendants' motion for summary judgment on Progressive's fifth cause of action for unfair competition under California Business & Professions Code § 17200, et seq.;

5. Accordingly, the Court grants Domestic Defendants' motion for summary judgment on all causes of action Progressive brought against Domestic Defendants.

**IT IS SO ORDERED.**

DATED: October 23, 2019

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE