John J. Shaeffer (SBN 138331)
jshaeffer@foxrothschild.com
Charlie Nelson Keever (SBN 322664)
cnelsonkeever@foxrothschild.com
FOX ROTHSCHILD LLP
Constellation Place
10250 Constellation Blvd, Suite 900
Los Angeles, CA 90067
Telephone:  (310) 598-4150
Facsimile:  (310) 556-9828

Attorneys for Defendant
NUOVA RICAMBI S.R.L.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROGRESSIVE MARKETING, INC.<br><br>Plaintiff,<br><br>v.<br><br>NUOVA RICAMBI S.R.L. AND MARCELLO ZANESI<br><br>Defendants.<br><br>NUOVA RICAMBI S.R.L. and MARCELLO ZANESI,<br><br>Counterclaimants,<br><br>v.<br><br>PROGRESSIVE MARKETING, INC.<br><br>Counterclaim-Defendant. | Case No. 2:17-cv-02644-JAM-DB<br><br>**DEFENDANT AND COUNTERCLAIMANT NUOVA RICAMBI S.R.L.'S NOTICE OF SUBMISSION OF SETTLEMENT CONFERENCE STATEMENT**<br><br>Assigned for All Purposes to the Honorable John A. Mendez<br><br>Settlement Conference before Honorable Carolyn K. Delaney<br><br>Date:    November 1, 2019<br>Time:    9:30 a.m.<br>Ctrm:    24<br><br>Complaint Filed:  12/18/17<br>Trial Date:       11/18/19 |

---

**DEFENDANT AND COUNTERCLAIMANT'S NOTICE OF SUBMISSION OF SETTLEMENT CONFERENCE STATEMENT**

103830581

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Court's Minute Order (Dkt. 54), Defendant and Counterclaimant Nuova Ricambi S.R.L. submitted its Confidential Settlement Conference Statement directly to Court on October 25, 2019 in this action.

Dated: October 25, 2019

FOX ROTHSCHILD LLP

By: /s/ John Shaeffer
John Shaeffer
Charlie Nelson Keever
Attorneys for Defendant
NUOVA RICAMBI S.R.L.

---

1

**DEFENDANT AND COUNTERCLAIMANT'S NOTICE OF SUBMISSION OF SETTLEMENT CONFERENCE STATEMENT**